IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: HENRY RIVERA

Case no. 11-10039-13
Chapter 13

Debtor(s)

Electronically Filed

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Laurie B. Williams, standing chapter 13 trustee herein, for her objection to confirmation of the proposed plan filed in the referenced case, and states:

1. The debtor has failed to appear at two scheduled §341 meetings.

2. The debtor has failed to commence plan payments.

3. The plan is not feasible.

4. The debtor failed a prior chapter 13 bankruptcy case that was dismissed on November 18, 2010 for failure to make plan payments.

5. The plan and case are not filed in good faith.

6. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE the Trustee requests confirmation of the debtor's proposed plan be denied and the case dismissed.

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
225 N. Market, Suite 310
Wichita KS 67202
(316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Confirmation was served, either electronically, or deposited in the United States mail, postage prepaid, on April 4, 2011, properly addressed to the following:

JEFF DEWEY
ATTORNEY AT LAW
P O BOX 635
WICHITA, KS 67201-0635

*s/Jennifer L. Hecht*
Jennifer L. Hecht, Senior Case Admin.

TEE OBJ-CONF.DOC/DOC GEN/JLH/4/4/2011