U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
4/13/2011 at 1:30 PM
Hon. Dale L. Somers, Presiding

Case Information:
    11-10039 Henry Rivera   Chapter: 13

Judge: REN   |   Filed: 01/11/2011      Pln Confirmed:

Appearances:
X      Jeff Dewey representing Henry Rivera (Debtor)
X      Laurie B Williams (Trustee)

Issue(s):
    Meeting of Creditors & Notice of Appointment of Trustee Laurie B Williams to be held on 02/16/2011 at 11:30 AM at Wichita Room B-56. Proof of Claim due by 05/17/2011. Confirmation Hearing to be Held on 04/13/2011 at at Wichita Room 150. Autogenerated

Notes/Decision:      Case dismissed.

Courtroom Deputy: Annette Albright
ECRO Reporter: Debbie Holloway