**SO ORDERED.**

**SIGNED this 14 day of April, 2011.**



_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re:   HENRY RIVERA )   Case no.   11-10039-13
                                         )   Chapter    13
                         Debtor(s)  )

### ORDER FOR DISMISSAL UPON DENIAL OF CONFIRMATION

At Wichita, Kansas on April 13, 2011, this case came on for hearing for dismissal or confirmation; the Debtor(s) appeared by his/her attorney of record and the standing Trustee appeared in person. Other appearances are noted in the Court notes.

The Court finds that confirmation of the Debtor's plan has been refused or denied and cause appears under 11 U.S.C. §1307, for dismissal. The Court finds that a dismissal of this case is proper.

IT IS THEREFORE ORDERED that this case be and the same is hereby dismissed and the Trustee is directed to pay all funds on hand for the account of the Debtor, if any, as follows:

First:   To the Clerk of the Court for application on the filing fee and all other unpaid fees required by the Bankruptcy Code;

Second:   To the Trustee, reimbursement for her actual and necessary expenses herein, a minimum of $5.00, or 5% of the funds on hand, whichever is the greater amount, together with 5% of the funds on hand as and for compensation for her service herein;

Third:   Pre-confirmation adequate protection payments, as applicable; and

Fourth:   The remainder of such funds to the Debtor(s) through the Debtor's attorney of record.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In Re: Chapter 13, Case No. 11-10039-13
HENRY RIVERA
April 13, 2011
Page 2
Order for Dismissal Upon Denial of Confirmation

IT IS FURTHER ORDERED that the Trustee is directed to complete the administration of the case and file, and give notice of, a final account within thirty days hereof; the Court retains jurisdiction to consider and act upon the final account and report of the Trustee and to enter such orders as may be necessary to effect a final closing of this case.

IT IS SO ORDERED.

# # #

Submitted:

*s/Laurie B. Williams*
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
225 N. Market, Suite 310
Wichita KS 67202
(316) 267-1791

DCON.DOC/CERT/JEN/4/13/2011